IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RITA MAIN                                                                                          PLAINTIFF

V.                              NO. 5:17-CV-200-BD

SOCIAL SECURITY ADMINSTRATION                                      DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of the Social Security Administration, is REVERSED, and this case is REMANDED for proceedings specified in the Court's order.

So ordered this 20th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE